IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:

PERRY L. WEST                                                                 Case No. 08-7-SCS
ELIZABETH WEST,                                                               Chapter 7

                Debtors.

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

      Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Sharp Energy<br>P.O. Box 1553<br>Dover, DE  19903-1553 | $4.87 |
| **TOTAL** | **$4.87** |

Dated: July 7, 2010              /s/ Charles L. Marcus
                                          Charles L. Marcus, Trustee
                                          VSB #7020
                                          580 East Main Street, Suite 300
                                          Chesapeake, VA  23320
                                          (757) 622-9005

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically transmitted by the Court's ECF System on July 7, 2010 to: Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA  23510.

                                            /s/ Charles L. Marcus
                                            Charles L. Marcus, Trustee