IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:

PERRY L. WEST                                                                  Case No. 08-74237-SCS
ELIZABETH WEST,                                                                Chapter 7

                Debtors.

## AMENDED REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Sharp Energy<br>P.O. Box 1553<br>Dover, DE  19903-1553 | $4.87 |
| **TOTAL** | **$4.87** |

Dated: July 14, 2010                /s/ Charles L. Marcus
                                              Charles L. Marcus, Trustee
                                              VSB #7020
                                              580 East Main Street, Suite 300
                                              Chesapeake, VA  23320
                                              (757) 622-9005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically transmitted by the Court's ECF System on July 14, 2010 to:  Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA  23510.

                                              /s/ Charles L. Marcus
                                              Charles L. Marcus, Trustee